Sara CONIGLIO, Appellant, v. UNITED STATES of America.

No. 10470.

Circuit Court of Appeals, Eighth Circuit.

Jan. 29, 1936.

Stewart, Stewart & Whitworth, of Lincoln, Neb., for appellant.

Joseph T. Votava, U. S. Atty., of Omaha, Neb., for the United States.

PER CURIAM.

Appeal dismissed on motion of appellee, without costs to either party in this court; defendant in court below ordered to surrender to custody, etc.

Samuel W. COOPER, Trustee, American Steamship Navigation Company, by William J. F. Reynolds, Objecting Creditor, Appellant, v. A. Lincoln RAUCH, Trading as Continental Lumber Company, Appellee.

No. 5400.

Circuit Court of Appeals, Third Circuit.

Jan. 4, 1936.

For opinion below, see 14 F.Supp. 106.

A. S. Ashbridge, Jr., of Philadelphia, Pa., for appellant.

Wm. P. Davis, Jr., of Philadelphia, Pa., for appellee.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM.

After argument and full consideration given in this case, we are of opinion the judge below, as set forth in his opinion, was justified in dismissing the exceptions filed to the claim of the appellee and in his allowing such claims. The judgment below is therefore affirmed.

Harry CRUMMY, Appellant, v. UNITED STATES of America, Appellee.

No. 3972.

Circuit Court of Appeals, Fourth Circuit.

Jan. 15, 1936.

R. Clarence Dozier, of Elizabeth City, N. C., for appellant.

J. O. Carr, U. S. Atty., of Wilmington, N. C.

PER CURIAM.

Appeal dismissed.

O. CURRIN, Receiver, etc., et al., Appellants, v. James B. NOURSE, Trustee, et al.

No. 10432.

Circuit Court of Appeals, Eighth Circuit.

Feb. 7, 1936.

William B. Bostian and Floyd E. Jacobs, both of Kansas City, Mo., for appellants.

I. P. Ryland, Paul R. Stinson, Arthur Mag, Roy B. Thomson, and Robert E. Rosenwald, all of Kansas City, Mo., for appellees.

PER CURIAM.

Appeal dismissed, at costs of appellants, but without taxation of attorney's docket fee, per stipulation of parties.